WILLIAM MALLOY *v.* PATRICK J. HOGAN, SHERIFF OF THE COUNTY OF HARTFORD

The Supreme Court of the United States having by its judgment dated June 15, 1964, reversed the judgment of this court dated January 3, 1963, finding no error in the judgment of the Superior Court in Hartford County dated February 7, 1961, and having remanded the cause to this court for further proceedings, it is ordered that the judgment of the Superior Court dated February 7, 1961, be, and the same hereby is, set aside and the case be, and the same hereby is, remanded to the Superior Court for further proceedings not inconsistent with the opinion of the Supreme Court of the United States announced June 15, 1964, in the case of *William Malloy* v. *Patrick J. Hogan, Sheriff of Hartford County.*

Decided July 20, 1964

GERTRUDE DOTOLO *v.* ARTHUR J. PETRUCELLI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*James M. S. Ullman,* in support of the petition.

*David Brown,* in opposition.

Submitted September 22—decided September 28, 1964